**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 360 EAL 2024

            Respondent    :

     :   Petition for Allowance of Appeal
     :   from the **Unpublished**
v.      :   **Memorandum and Order** of the
     :   Superior Court at No. 2292 EDA
     :   2022 entered on September 13,
WILLIAM CLEGG,      :   2024, **affirming** the Judgment of
     :   Sentence of the Philadelphia County
            Petitioner    :   Court of Common Pleas at No. CP-
     :   51-CR-0008964-2018 entered on
     :   August 15, 2022

## ORDER

**PER CURIAM**                                       **DECIDED: April 7, 2025**

     **AND NOW**, this 7th day of April, 2025, the Petition for Allowance of Appeal is

**GRANTED**, limited to the issue of whether the Superior Court erred in expanding the

scope of criminal liability of 18 Pa.C.S. § 6318. The order of the Superior Court is

**VACATED IN PART**, limited to its finding that there was sufficient evidence to support

Petitioner's conviction under 18 Pa.C.S. § 6318. We **REMAND** for the Superior Court to

apply *Commonwealth v. Strunk*, 325 A.3d 530 (Pa. 2024), to Petitioner's challenge to the

sufficiency of the evidence for his conviction under 18 Pa.C.S. § 6318. Allocatur is

**DENIED** as to the remaining issues.